# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| THE MARK BAKER COMPANY, INC., | Civil No. 10-1066 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| IMPRO/SEAL LLC, | |
| Defendant. | |

---

Mark Luther, **ATTORNEY AT LAW, PA**, 8800 Highway 7, Suite 408, St. Louis Park, MN 55426, for plaintiff.

Kelly Moffitt and Patrick Martin, **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**, Wells Fargo Center, 90 South Seventh Street, Suite 3800, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on April 22, 2010 [Docket No. 5].

**IT IS HEREBY ORDERED** that the above-captioned action shall be **DISMISSED with prejudice**, with each party to bear its own costs and fees.


Dated: April 26, 2010
at Minneapolis, Minnesota

                                          s/ John R. Tunheim
                                        JOHN R. TUNHEIM
                                     United States District Judge